CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON, <br><br> Plaintiff, <br><br> v. <br><br> DESCANSANDO PARTNERS, LP, a California Limited Partnership; CASIDESCANSANDO, LLC, a California Limited Liability Company; VAP AUTO PARTS, INC., a California Corporation; and Does 1-10, <br><br> Defendants. | Case: 2:16-CV-04917-KS <br><br> **NOTICE OF DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(2)** |

**<u>NOTICE</u>**

Pursuant to F.R.CIV.P.41 (a)(2), PLEASE TAKE NOTICE THAT the plaintiff hereby voluntarily dismisses the entire case, with prejudice.

Dated: October 12, 2016        CENTER FOR DISABILITY ACCESS

                By: /s/ Phyl Grace
                    Phyl Grace
                    Attorneys for Plaintiff

1