JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| RAUL URIARTE-LIMON, | Case: 2:16-CV-04917-~~KS~~ |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| DESCANSANDO PARTNERS, LP, a California Limited Partnership; CASIDESCANSANDO, LLC, a California Limited Liability Company; VAP AUTO PARTS, INC., a California Corporation; and Does 1-10, | |
| Defendants. | |

**ORDER**

Pursuant to F.R.CIV.P.41 (a)(2), the entire case is hereby ordered dismissed with prejudice.

Dated: 10·14·16

HONORABLE ~~KAREN L. STEVENSON~~
UNITED STATES ~~MAGISTRATE~~ COURT JUDGE
GARY KLAUSNER

1